| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Keesler, David C. | 2. Court or Organization<br><br>N Carolina - District Court | 3. Date of Report<br><br>08/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>401 West Trade Street<br>Room 168<br>Charlotte, NC 28202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | K. Interiors-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trinity Episcopal School | Tuition | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IRA #1 (H) | B | Dividend | M | T | | | | | |
| 3. -ARTISAN PARTNERS FDS SMALL CAP FDS ARTSX | A | Dividend | | | Sold | 03/24/15 | J | | |
| 4. -DEUTSCHE SECS TR ENHANCED COMMODITY STRAT SKIRX | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 5. -DEUTSCHE SECS TR GLOBAL REAL ESTATE RRGTX | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 6. -BLACKROCK FDS II CORE BOND PORT INSTL CLASS BFMCX | A | Dividend | J | T | | | | | |
| 7. -BLAIR WILLIAM FDS BIGIX | A | Dividend | | | Sold | 03/24/15 | J | | |
| 8. -FUNDVANTAGE TR GOTHAM ABSOLUTE RETURN GARIX | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 9. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 10. -DELAWARE GROUP DEUIX | A | Dividend | J | T | Sold (part) | 03/24/15 | J | | |
| 11. -EATON VANCE MUTUAL FDS TR GLOBAL MARCO ABSLT EGRIX | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 12. -HARRIS ASSOC INVT TR OAKMARK INTL FD OAKIX | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 13. | | | | | Sold | 08/04/15 | J | | |
| 14. -RS INVT TR SMALL CAP GROWTH FD CL Y RSYEX | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 15. | | | | | Sold (part) | 08/04/15 | J | | |
| 16. -GABELLI EQUITY SER FD SML CAP GROWTH FUND GACIX | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 17. | | | | | Buy (add'l) | 03/26/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/04/15 | J | | |
| 19.  -GOLDMAN SACHS TR FTIXX | A | Dividend | J | T | | | | | |
| 20.  -HOTCHKIS & WILEY HWMIX | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 21. | | | | | Sold (part) | 08/04/15 | J | | |
| 22.  -JANUS INVT FD JFLEX | A | Dividend | | | Sold | 08/04/15 | J | | |
| 23.  -JOHN HANCOCK JCUIX | A | Dividend | J | T | Sold (part) | 08/04/15 | J | | |
| 24.  -MAINSTAY FDS TR MFLDX | A | Dividend | | | Sold | 03/24/15 | J | | |
| 25.  -LAZARD FDS INC EQUITY PORT INSTL SHS LZIEX | A | Dividend | K | T | Buy | 08/05/15 | J | | |
| 26. | | | | | Sold (part) | 11/23/15 | J | | |
| 27.  -JP MORGAN TR 1 JLPSX | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 28.  -NATIONWIDE MUT FDS NWHYX | A | Dividend | | | Sold | 03/24/15 | J | | |
| 29.  -NEUBERGER BERMAN ALTERNATIVE FDS NLSIX | A | Dividend | | | Sold | 11/26/15 | J | | |
| 30.  -BLACKROCK FDS EMERGING MKT LONG/SHORT BLSIX | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 31. | | | | | Sold | 08/04/15 | J | | |
| 32.  -PUTNAM ABSOLUTE RETURN 700 CL Y PDMYX | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 33. | | | | | Sold | 08/04/15 | J | | |
| 34.  -HEARTLAND VALUE PLUS FD INSTL CL HNVIX | A | Dividend | | | Sold | 03/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -OPPENHEIMER DEV ODVYX | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 36. -PIMCO FDS FAC INVT PCRIX | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 37. | | | | | Sold | 12/15/15 | J | | |
| 38. -DREYFUS EMERGING DRPEX | A | Dividend | | | Sold | 03/24/15 | J | | |
| 39. -VIRTUS EMERGING MARKETS OPPORTUNITIES FND CL I HIEMX | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 40. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 41. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 42. -PRINCIPAL FDS INC PHYTX | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 43. -T ROWE PRICE TRREX | A | Dividend | J | T | | | | | |
| 44. -TCW DIVERSIFIED VALUE TGDIX | A | Dividend | K | T | Buy (add'l) | 08/05/15 | J | | |
| 45. -NATIXIX FDS TR II ASFYX | A | Dividend | | | Buy (add'l) | 03/24/15 | J | | |
| 46. | | | | | Sold | 08/04/15 | J | | |
| 47. -NATIXIS FDS TR II GAFYX | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 48. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 49. | | | | | Sold (part) | 11/23/15 | J | | |
| 50. -METLIFE INVS USA C SHAR VARIABLE ANNUITY | A | Dividend | L | T | | | | | |
| 51. IRA # 2 (H) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WELLS FARGO BANK DEPOSIT SWEEP ACCOUNT | A | Dividend | J | T | | | | | |
| 53. -CHEVRON CORPORATION CVX | A | Dividend | J | T | | | | | |
| 54. -DISNEY WALT COMPANY DIS | A | Dividend | J | T | Sold (part) | 01/14/15 | J | | |
| 55. -EXXON MOBIL CORP XOM | A | Dividend | J | T | | | | | |
| 56. -JOHNSON & JOHNSON JNJ | A | Dividend | J | T | | | | | |
| 57. - MICROSOFT CORP MSFT | A | Dividend | | | Sold | 04/13/15 | J | | |
| 58. -PROCTER & GAMBLE CO PG | A | Dividend | J | T | | | | | |
| 59. -AEGIS VALUE FUND INC AVALX | A | Dividend | | | Sold | 01/20/15 | J | | |
| 60. -DODGE & COX INTL STOCK FUND DODFX | A | Dividend | J | T | | | | | |
| 61. -JANUS INVT FD JMVAX | A | Dividend | | | Sold (part) | 01/14/15 | J | | |
| 62. | | | | | Sold | 04/13/15 | J | | |
| 63. -T ROWE PRICE MID CAP GROWTH FUND RPMGX | | | | | Sold (part) | 01/20/15 | J | | |
| 64. | | | | | Sold (part) | 01/26/15 | J | | |
| 65. | | | | | Sold (part) | 03/23/15 | J | | |
| 66. -TEMPLETON FUNDS INCOME TGBAX | | | | | Sold | 04/13/15 | J | | |
| 67. -VANGUARD/WINDSOR FUND VWFAX | A | Dividend | J | T | Sold (part) | 01/20/15 | J | | |
| 68. | | | | | Sold (part) | 01/21/15 | J | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/24/15 | J | | |
| 70. IRA #3 (H) | A | Dividend | J | T | | | | | |
| 71. -COLUMBIA ACORN FUND CLASS C LIACX | A | Dividend | J | T | | | | | |
| 72. BROKERAGE ACCOUNT #1 (Y) | | | | | | | | | |
| 73. WELLS FARGO BANK DEPOSIT SWEEP (Y) | | | | | | | | | |
| 74. 529 PLAN #1 (H) | | | | | | | | | |
| 75. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | K | T | | | | | |
| 76. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 77. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 78. THE INCOME FUND OF AMERICA 529 CL C CIMCX | A | Dividend | J | T | | | | | |
| 79. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 80. AMERICAN FUNDS COLLEGE 2021 FUND 529C CTOCX | A | Dividend | K | T | Buy | 06/08/15 | K | | |
| 81. 529 PLAN #2 (H) | | | | | | | | | |
| 82. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | J | T | | | | | |
| 83. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 84. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 85. THE INCOME FUND OF AMERICA 529 C CIMCX | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 87. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 88. AMER BALANCED FD INC BALFX | A | Dividend | J | T | | | | | |
| 89. IRA #4 (H) | A | Dividend | M | T | | | | | |
| 90. -MANAGERS AMG FDS TMDPX | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |
| 91. | | | | | Sold (part) | 08/18/15 | J | | |
| 92. -AIM GLOBAL REAL ESTATE ARGYX | A | Dividend | J | T | Buy (add'l) | 09/14/15 | J | | |
| 93. -DEUTSCHE SECS TR ENHANCED COMMODITY STRAT SKIRX | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 94. -BLAIR WILLIAM FDS INTL GROWTH BIGIX | A | Dividend | J | T | | | | | |
| 95. -CAMBIAR OPPORTUNITY FD CAMWX | A | Dividend | J | T | | | | | |
| 96. -SECURITY EQUITY FD MID SEVAX | A | Dividend | | | Sold | 03/13/15 | J | | |
| 97. -DELAWARE GROUP EQUITY FD 11- VALUE FD DDVIX | A | Dividend | J | T | | | | | |
| 98. -DREYFUS APPRECIATION FD INC DGAGX | A | Dividend | | | Sold (part) | 03/13/15 | J | | |
| 99. | | | | | Sold | 03/16/15 | J | | |
| 100. -FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CLI SGOIX | A | Dividend | J | T | | | | | |
| 101. -GOLDMAN SACHS TR FTIXX | A | Dividend | J | T | | | | | |
| 102. -HANCOCK JOHN CAP SER CLASSIC VALUE CL I JCVIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -HARBOR INTERNATIONAL INSTL CL HAINX | A | Dividend | J | T | | | | | |
| 104. -EAGLE SMALL GAP GROWTH FUND CLASS I HSIIX | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 105. -HOTCHKIS & WILEY FDS MID CAP HWMIX | A | Dividend | J | T | Sold (part) | 03/13/15 | J | | |
| 106. -AMERICAN FUNDS WASHINGTON MUTUAL FD F2 WMFFX | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 107. -KEELEY FDS INC SMALL KSCIX | A | Dividend | | | Sold | 08/13/15 | J | | |
| 108. -LAZARD FDS INC LZEMX | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |
| 109. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 110. -MORGAN STANLEY INSTL MPEGX | A | Dividend | | | Sold | 03/13/15 | J | | |
| 111. -MAINSTAY LARGE CAP GROWTH FD CLASS I MLAIX | A | Dividend | J | T | | | | | |
| 112. -WELLS FARGO FDS TR SMALL WEMIX | A | Dividend | J | T | | | | | |
| 113. -OPPENHEIMER DEV MKTS ODVYX | A | Dividend | J | T | | | | | |
| 114. -PIMCO FDS PAC INVT PCRIX | A | Dividend | | | Sold | 12/15/15 | J | | |
| 115. -VICTORY PORTFOLIOS SMALL CO OPPTY FD VSOIX | A | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 116. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 117. -VOYA SER FD INC LARGE CAP GROWTH FD CL I PLCIX | A | Dividend | J | T | | | | | |
| 118. IRA # 5 | A | Dividend | J | T | | | | | |
| 119. -DAVIS NEW YORK VENTURE FUND INC CL C NYVCX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BANK OF AMERICA (REGULAR SAVINGS, INTEREST CHKG) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 19 - Previously reported on line 8 of 2014 report.

Line 72 - Under reporting limits.

Line 73 - Under reporting limits.

.Line 104 - Ticker symbol incorrectly reported as HSIX on 2014 FDR. Ticker symbol is HSIIX.

Line 117 - Ticker symbol incorrectly reported as VSOIX on 2014 FDR. Ticker symbol is PLCIX.

Line 120 - Under reporting limits.

**FINANCIAL DISCLOSURE REPORT**

Page 13 of 13

Name of Person Reporting

Keesler, David C.

Date of Report

08/09/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Keesler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544